1  Shane Singh, Bar No. 202733
   ssingh@kringandchung.com
2  KRING & CHUNG, LLP
   2620 J Street, # 1
3  Sacramento, California 95816-4381
   Telephone: (916) 266-9000
4  Facsimile: (916) 266-9001

5  Attorneys for Defendant
   SAMUDRA PRIYA DIAS

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 SUSAN JOHNSON,                    ) Case No. C-09-02886 JCS
                                     )
12         Plaintiff,                ) **SUBSTITUTION OF**
       vs.                           ) **ATTORNEYS; ORDER;**
13                                   ) **[PROPOSED] ORDER**
   SAMUDRA PRIYA DIAS,               )
14                                   )
           Defendant.                )
15 _____ )

16 **TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF**

17 **RECORD:**

18     Defendant SAMUDRA PRIYA DIAS hereby substitutes Shane Singh of Kring

19 & Chung LLP, 2620 J Street, #1, Sacramento, California 95816, Telephone Number

20 (916) 266-9000, Facsimile Number (916) 266-9001 as their attorney of record in the

21 above-entitled action instead of SAMUDRA PRIYA DIAS, who is acting in *Propria*

22 *Persona*.  This substitution may be signed in facsimile counter parts in order to avoid

23 delay.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

F:\3913\0001\cf\Substitution of Attorney.doc

1  I have read this substitution of attorneys and consent to the foregoing
2  substitution.
3  Dated: March 24, 2010

5  By: */s/ Samudra Priya Dias (on file with counsel)*
6  Samudra Priya Dias
   Defendant in *Propria Persona*

8  We accept the above substitution.
9  Dated: March 24, 2010     KRING & CHUNG, LLP

11 By: */s/ Shane Singh, Esq.*
12 Shane Singh
   Attorneys for Defendant
13 SAMUDRA PRIYA DIAS

15 **IT IS SO ORDERED.**
16 Dated: 04/16, 2010

   United States Magistrate Judge
   Judge Joseph C. Spero



2

F:\3913\0001\cf\Substitution of Attorney.doc