Shane Singh, Bar No. 202733
ssingh@kringandchung.com
KRING & CHUNG, LLP
2620 J Street, # 1
Sacramento, California 95816-4381
Telephone: (916) 266-9000
Facsimile: (916) 266-9001

Attorneys for Defendant
SAMUDRA PRIYA DIAS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN JOHNSON,<br>Plaintiff,<br>vs.<br>SAMUDRA PRIYA DIAS,<br>Defendant. | Case No. 3:09-cv-02886-JCS<br>**STIPULATION AND ORDER RE: MEDIATION COMPLETION**<br>Magistrate Judge Joseph C. Spero |

Since the court's order dated February 24, 2010 (Docket No. 18) ordering this matter to mediation, Defendant DIAS has retained counsel. Both counsel then participated in a telephonic conference with mediator Daniel Bowling.

The parties, along with Mr. Bowling, agree that it would be in the best interests of judicial economy to continue the mediation compliance date to August 24, 2010. This new date will allow the parties to conduct a meaningful site inspection and prepare for mediation.

The undersigned parties by and through their undersigned counsel (with the consent of Mr. Bowling) hereby stipulate and agree that the mediation compliance date be continued to August 24, 2010.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

Dated: May 13, 2010

KRING & CHUNG, LLP

By: */s/ Shane Singh, Esq.*
Shane Singh
Attorneys for Defendant
SAMUDRA PRIYA DIAS

Dated: May 13, 2010

LAW OFFICE OF JULIE A. OSTIL

By: */s/ Julie A. Ostil, Esq. (on file with counsel)*
Julie Ostil
Attorneys for Plaintiff
SUSAN JOHNSON

**IT IS SO ORDERED.**

Dated: May 17, 2010

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Joseph C. Spero
NORTHERN DISTRICT OF CALIFORNIA