Shane Singh, Bar No. 202733
ssingh@kringandchung.com
KRING & CHUNG, LLP
2620 J Street, # 1
Sacramento, California 95816-4381
Telephone: (916) 266-9000
Facsimile: (916) 266-9001

Attorneys for Defendant
SAMUDRA PRIYA DIAS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JOHNSON, | Case No. 3:09-cv-02886-JCS |
| Plaintiff, | **STIPULATION TO EXTEND MEDIATION DEADLINE** |
| vs. | |
| SAMUDRA PRIYA DIAS, | Magistrate Judge Joseph C. Spero |
| Defendant. | |

**TO THE COURT AND ATTORNEYS OF RECORD:**

Since the court's order dated February 24, 2010 (Docket No. 18) ordering this matter to mediation, Defendant DIAS has retained counsel. Both counsel have participated in several telephonic conferences with mediator Daniel Bowling. In addition, the parties have held a joint site inspection and Plaintiff's counsel is currently awaiting their expert's report. Both parties are working toward mediation of this matter.

The parties, along with Mr. Bowling, agree that it would be in the best interest of judicial economy to continue the mediation compliance date to December 22, 2010. This new date will allow the parties further time to prepare for mediation.

/ / /

/ / /

/ / /



F:\3913\0001\cf\Stip to Extend Mediation Deadline.doc

1  The undersigned parties by and through their undersigned counsel (with the
2  consent of Mr. Bowling) hereby stipulate and agree that the mediation compliance
3  date be continued to December 22, 2010.

4  **IT IS SO STIPULATED.**

5  Dated: August 31, 2010   KRING & CHUNG, LLP

7  By: _/s/ Shane Singh, Esq._
   Shane Singh
8  Attorneys for Defendant
   SAMUDRA PRIYA DIAS

10 Dated: August 31, 2010   LAW OFFICE OF JULIE A. OSTIL

12 By: _/s/ Julie A. Ostil, Esq. (on file with counsel)_
   Julie Ostil
13 Attorneys for Plaintiff
   SUSAN JOHNSON

15 **IT IS SO ORDERED.**
16 Dated: ~~August~~ September 1 ___, 2010

18 _____
   Joseph C. Spero
19 United States Magistrate Judge



2

F:\3913\0001\cf\Stip to Extend Mediation Deadline.doc