UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JOHNSON, | No. C 09-02886 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| SAMUDRA PRIYA DIAS, | |
| Defendant(s). | |

There having been no activity in this case since August 18, 2011,

IT IS HEREBY ORDERED that Plaintiff appear on **October 16, 2012, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to prosecute.

IT IS SO ORDERED.

Dated: October 2, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge